## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>DONALD B. FLANAGAN and JAN R. FLANAGAN,<br><br>Debtor. | Chapter 13<br><br>Case No. 23-10522-BAH |

## APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of the following counsel on behalf of the Gary Cerretani, Sharon Piccirilli, and Ingrid Merwitz:

Jeremy R. Fischer
**DRUMMOND WOODSUM**
670 N. Commercial Street, Suite 207
Manchester, NH 03101
jfischer@dwmlaw.com

The undersigned hereby request copies of all notices, papers and orders required to be given or served in accordance with the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned proceeding.

Dated: October 19, 2023

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer
**DRUMMOND WOODSUM**
670 N. Commercial Street, Suite 207
Manchester, NH 03101
Telephone: (603) 716-2895
E-mail: jfischer@dwmlaw.com

*Counsel to Gary Cerretani, Sharon Piccirilli, and Ingrid Merwitz*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy proceeding.

Dated: October 19, 2023                         *<u>/s/ Jeremy R. Fischer</u>*