# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:                                                          Bk. No. 23−10522−BAH
                                                                Chapter 13
Donald B. Flanagan
Jan R. Flanagan
      Debtors

---

### NOTICE OF DISMISSAL

You are hereby notified that the above−captioned case is dismissed effective **November 7, 2023**, pursuant to 11 U.S.C. § 521(i)(1) and Local Bankruptcy Rule 1007−8, as the debtors failed to file all documents required to be filed under 11 U.S.C § 521(a)(1).

Date: November 7, 2023                                          Kristie Trimarco
                                                                Clerk of Court
                                                                By: /s/ James Lavalley
                                                                Deputy Clerk

Form clkntcdsm−809